# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 15, 2018

## NO. 03-18-00343-CV

**DHJB Development, LLC, Appellant**

**v.**

**Patricia Lux Graham and Terrell Graham, Appellees**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND TOTH**
**AFFIRMED -- OPINION BY JUSTICE FIELD**

---

This is an appeal from the interlocutory order signed by the trial court on May 10, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.